

Honorable Natalie M. Cox
United States Bankruptcy Judge

_____
Entered on Docket
February 18, 2021

NVB 3011 (Rev. 12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–00–11517–lbr<br>CHAPTER 13 |
| JERRY P. WATSON | |
| DIANA L. WATSON | ORDER GRANTING<br>APPLICATION FOR |
| Debtor(s) | PAYMENT OF UNCLAIMED FUNDS |

On 02/08/2021, an application was filed for the Claimant(s) for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documents establish that the Claimant(s) are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that pursuant to 28 U.S.C. Section 2042, the amount(s) of:
$3,160.21 is declared due to:
Jerry P. Watson.

**IT IS FURTHER ORDERED** that the Clerk disburse the funds to the payee at the following address:
Jerry P. Watson
3890 Graphic Center Dr. Apt #1062
Las Vegas, NV 89118

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

###